UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE: | CASE NO: 07-31678
GEORGIA REGINA CASTLE | (Chapter 13)
Debtor | JUDGE GUY R. HUMPHREY

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4066748**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 7/ 25 | OLIPHANT FINANCIAL LLC<br>ASIGNEE ELDER BEERMAN<br>BOX 2899<br>SARASOTA, FL  34230 | 11.96 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 3/23/2011

Certificate of Service                    07-31678

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

GEORGIA REGINA CASTLE
424 ALEXANDER DRIVE
DAYTON, OH  45403

THOMAS R BLASCHAK
1692 WOODMAN DRIVE
DAYTON, OH  45432

(25.1)
OLIPHANT FINANCIAL LLC
ASIGNEE ELDER BEERMAN
BOX 2899
SARASOTA, FL  34230

(1008.1n)
WILLIAM B FECHER
STATMAN HARRIS & EYRICH LLC
441 VINE ST SUITE 3700
CINCINNATI, OH  45202

Jeffrey M. Kellner BY        ___/s/ Jeffrey M. Kellner_____        sv